Name _Pete V. Domenici United States Courthouse_

Address _333 Lomas Blvd NW Suite 270_

_Albuquerque, NM 87102-9843_

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 0 3 2025

**MITCHELL R. ELFERS**
**CLERK**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

_Jennifer Robin Carter_ Plaintiff
(Full Name)

CASE NO. 25-638

(To be supplied by the Clerk)

Defendant(s): _Jonathan Abeita, Sharon Mitamura, Virgil Lucero, AJ Baxter, Officer Tenorio, Orlena Hovee, Briana Tower ~~Isleta PD~~, Howard Shayla, Belen Mag Court, Bern Co Metro Court, Los Lunas Mag, Bosque Farms P.D., Albuquerque City Council, AJ Baxter (Alb)_

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO 42 U.S.C. §1983**

## A.    JURISDICTION

1) _Jennifer Robin Carter_ , is a citizen of _New Mexico_
(Plaintiff)                                              ( State )
who presently resides at _150 Van Camp Blvd Los Lunas, NM 87031_
(Mailing address or place of confinement)

2)    Defendant _~~Isleta Police Department~~ Jonathan Abeita_ is a citizen of
(Name of first defendant)
_Pueblo of Isleta, Isleta, NM_ , and is employed as
(City, State)
_Police Officers, ~~dispatchers~~_ . At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state law?
Yes ☒    No ☐    If your answer is "Yes", briefly explain:

_Violations under USC Title 18 Section 241, 242
and section 245 (2)(e)
Charges of Kidnapping + bodily harm._

XE-2    2/78        CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant _Sharon Mitamura_____ is a citizen of
   (Name of second defendant)
   _____Isleta, NM_____ , and is employed as
   (City, State)
   _____Police Officer_____ · At the time the claim(s)
   ( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☑    No ☐    If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

Title 18, USC sections, 241, 242
and 245 (2) (e)

## B.  NATURE OF THE CASE

1) Briefly state the background of your case.

Please Read the attached Affidavit.
Note: None Responded to the Affidavit.
I have documents to support EVERY
claim I have made.

Defendants:

Joseph R Lucero
Isleta, NM
Police Officer

Virgil Lucero
Isleta, NM
Police Officer

Howard Shayla
Isleta, NM
Police Dispatch

AJ Baxter
NM
Police Officer

Briana Tower
Isleta, NM
Police Dispatch

Officer Tenorio
Isleta, NM
Police Officer

A.J. Baxter
Alb, NM
Animal Control Officer

Orlena Hooee
Isleta, NM
Police Officer

3) Defendant Belen Magistrate Court is a citizen of
(Name of second defendant)
639 Becker Ave Belen, NM , and is employed as
(City, State)
_____ · At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes ☒  No ☐    If your answer is "Yes", briefly explain:
Violations of Title 18 USC Section 241 + 242
Attempted violation of Trial by Jury

3) Defendant Bern Co Metro Court is a citizen of
(Name of second defendant)
401 Lomas Blvd NW Alb, NM , and is employed as
(City, State)
_____ · At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes ☒  No ☐    If your answer is "Yes", briefly explain:
Violations of Title 18 USC Section 241 + 242
multiple violations of due process and Trial by Jury

3) Defendant Los Lunas Magistrate Court is a citizen of
(Name of second defendant)
Los Lunas, NM , and is employed as
(City, State)
_____ · At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes ☒  No ☐    If your answer is "Yes", briefly explain:
Violations of Title 18 USC Section 241 + 242

3) Defendant **Albuqueque City Council** is a citizen of
(Name of second defendant)
**Albuquerque, NM** , and is employed as
(City, State)
_____ . At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.

Yes ☑  No ☐    If your answer is "Yes", briefly explain:

Violations under Title 18 USC section 241 + 242

---

3) Defendant **Bosque Farms P.D.** is a citizen of
(Name of second defendant)
**Bosque Farms, NM** , and is employed as
(City, State)
**Police Officers** . At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.

Yes ☑  No ☐    If your answer is "Yes", briefly explain:

Violations under Title 18 USC Section 241 + 242
and 245 (a) (e)

---

3) Defendant **Valencia County District Court** is a citizen of
(Name of second defendant)
**Los Lunas, NM** , and is employed as
(City, State)
_____ . At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.

Yes ☒  No ☐    If your answer is "Yes", briefly explain:

Violated my rights to Due Process and trial by Jury. Seem to think they had all the power to strip me of every constitutional right I have, which are inalienable.

## C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I:  Title 18, USC section 245 (2)(e)

I am a traveller

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

Please read Affidavit of Truth

B)(1)  Count II:  ~~Title~~ Just about all of them

Please read Affidavit

(2) Supporting Facts:

I have all supporting documents Too many to list here.

XE-2 2/78                         -3-

C)(1)  Count III:

(2)  Supporting Facts:

D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐    No ☒.    If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a)  Parties to previous lawsuit.

        Plaintiffs: _____

        Defendants: _____

    b)  Name of court and docket number:

    c)  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

    d)  Issues raised: _____

XE-2    2/78

— 4 —

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☐  No ☒  If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

I Realized just trying to win any case in these obvious coreupt courts was going to be useless, expccially since I was going to make them all defendants. It took me a while to undustand the usefullness of Affidavits and they were still after me this spRing!!

## E.  REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Isleta Police Dept — 1 Million Dollars
Bosque Farms Police Dept. — 250 Thousand Dollars
Belen Magistrate Court — 50 Thousand Dollars
Bern Co Metro Court — 1 million Dollars
Los Lunas Magistrate — 150 Thousand Dollars
Alb. City Council — 500 Thousand Dollars

_____        _Jennifer Robin Carter_
Signature of Attorney (if any)              Signature of Petitioner

Attorney's full address and telephone number.

XE-2    2/78                    -5-

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _____PVD Courthouse_____ on __07/03__ 2025.
                    (Location)                   (Date)

_____Jennifer Robin Carter_____
                    (Signature)

XE-2  2/78                 - 6 -